IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LA'QUANTA CHAPMAN,<br>　　　　　Petitioner,<br><br>v.<br><br>ROBERT GILMORE,<br>THE DISTRICT ATTORNEY OF THE<br>COUNTY OF CHESTER, and<br>THE ATTORNEY GENERAL OF THE<br>STATE OF PENNSYLVANIA,<br>　　　　　Respondents. | CIVIL ACTION<br><br><br><br>NO. 19-1350 |

### O R D E R

**AND NOW**, this 31st day of May, 2019, upon consideration of *pro se* petitioner La'Quanta Chapman's Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus (Document No. 1, filed March 29, 2019), *pro se* petitioner's Motion to Stay the Amended Habeas Corpus Petition (Document No. 3, filed March 29, 2019), the record in this case, and the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated April 10, 2019, there being no objection, **IT IS ORDERED** as follows:

　　　　1.　　The Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated April 10, 2019, is **APPROVED** and **ADOPTED**;

　　　　2.　　*Pro se* petitioner's Motion to Stay the Amended Habeas Corpus Petition is **GRANTED**. *Pro se* petitioner's Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus is **STAYED** and will be **HELD IN ABEYANCE** pending exhaustion of *pro se* petitioner's state court remedies; and

　　　　3.　　*Pro se* petitioner and respondents shall continue to monitor the state court proceedings and jointly report to the Court (letter to Chambers, Room 12613, United States

Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106) upon conclusion of the state court proceedings.

**IT IS FURTHER ORDERED** that a copy of this Order shall be served on *pro se* petitioner, La'Quanta Chapman, and on the Chester County District Attorney.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**