IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LA'QUANTA CHAPMAN, | : | |
|     Petitioner, | : | CIVIL ACTION |
| | : | No. 19-1350 |
| v. | : | |
| | : | |
| ROBERT GILMORE, et al., | : | |
|     Respondents. | : | |

**ORDER**

**AND NOW**, this 4th day of August, 2023, upon careful and independent consideration of the pleadings and available state court records, and after review of the Report and Recommendation of the United States Magistrate Judge David R. Strawbridge and Petitioner's objections to the Report and Recommendation, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is **DENIED**;

3. A certificate of appealability **SHALL NOT** issue, in that the Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2553(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); and

4. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

                                         _s/ANITA B. BRODY, J._
                                         ANITA B. BRODY, J.

Copies **VIA ECF**

1